RECEIVED
IN LAKE CHARLES, LA

MAY 16 2006
Pam
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| LOUISIANA PIGMENT COMPANY, L.P. | : | DOCKET NO. 05-1840 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| FOUNDATIONS SYSTEMS, INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Before the Court is a Report and Recommendation issued by Magistrate Judge Wilson on March 3, 2006 recommending that the motion to remand filed by plaintiff be granted and the case be remanded to the 14th Judicial District for the Parish for Calcasieu, State of Louisiana. Removing defendant has since filed an Amended Notice of Removal (doc. #23). The Court has reviewed said amended notice and finds that removing defendant has made the necessary allegations to establish diversity jurisdiction and the case will remain in this Court. 28 U.S.C. § 1332.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 21st day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE