U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 15 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LOUISIANA PIGMENT CO., ET AL | : | DOCKET NO. 05-1840 |
| VS. | : | JUDGE TRIMBLE |
| FOUNDATION SYSTEMS, INC. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that Louisiana Pigment Co., L.P.'s Motion for Partial Summary Judgment (doc. #31) is hereby **GRANTED** entitling LPC to a refund of the overpayment in the amount of $131,866.00 plus legal interest from date of judicial demand until paid in full, and dismissing FSI's counterclaim for breach of contract at FSI's cost.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #33) filed by Foundation Systems, Inc. is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of March, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE